(March 6, 1888.)

### HAYWARD v. BOLTON ET AL.
[17 Pac. 457.]

APPEAL from Third Judicial District, County of Bear Lake.

Following case of *Innis v. Bolton.*

R. Z. Johnson, for Appellant.

No brief on file.

Ensign & Stull, for Respondents.

Same brief as in case of *Innis v. Bolton et al.*

BRODERICK, J.—The same questions are involved in this case which were presented in the case of *Innis v. Bolton,* ante, p. 442, 17 Pac. 264, just decided by this court; and for the reasons given therein, and upon the authority of that case, the judgment of the court below in this case is hereby affirmed.

Hays, C. J., and Buck, J., concur.